UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Abram Valdez, HRH of Jerusalem,
The Prince,

      Plaintiff,

v.                                     Civil No. 18-1358 (JNE/BRT)
                                     ORDER

Billy Mauer Chevrolet,

      Defendant.

      Plaintiff sued Defendant for breach of contract and simultaneously applied to proceed in forma pauperis. ECF Nos. 1, 2. In a Report and Recommendation dated June 6, 2018, the Honorable Becky R. Thorson, United States Magistrate Judge, recommended the dismissal without prejudice of this action and the denial of the application to proceed in forma pauperis. ECF No. 3. Plaintiff did not object. The Court adopts the recommended disposition. Therefore, IT IS ORDERED THAT:

1. This action [ECF No. 1] is DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction.

2. The application to proceed in forma pauperis [ECF No. 2] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 19, 2018

                                                                       s/ Joan N. Ericksen
                                                                       JOAN N. ERICKSEN
                                                                       United States District Judge